# Exhibit A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 20-11850 (MG) |
| Hermitage Offshore Services Ltd., *et al.*,[1] | ) ) **Re: ECF No. ___** ) |
| Debtors. | ) (Joint Administration Requested) ) |

**ORDER (I) AUTHORIZING DEBTORS TO
(A) FILE A CONSOLIDATED LIST OF CREDITORS AND
(B) FILE A CONSOLIDATED LIST OF DEBTORS' 30 LARGEST
UNSECURED CLAIMS, (II) AUTHORIZING DEBTORS TO REDACT CERTAIN
PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUAL CREDITOR
ND INTEREST HOLDERS, AND (III) APPROVING THE FORM AND MANNER OF
NOTIFYING CREDITORS OF COMMENCEMENT OF THESE CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (i) authorizing the Debtors to (a) file a consolidated list of creditors in lieu of submitting separate mailing matrices for each Debtor (the "Creditor Matrix") and (b) file a consolidated list of the Debtors' twenty (30) largest unsecured claims; (ii) authorizing the Debtors to redact certain personal identification information for individual creditors and interest holders; and (iii) approving the form and manner of notifying

---

[1] The Debtors are: Hermitage Offshore Services Ltd.; CB Holdco Limited; Blue Power Limited; Delta Cistern V Limited; Sierra Cistern V Limited; Petro Craft 2017-1 Shipping Company Limited; Petro Craft 2017-2 Shipping Company Limited; Petro Craft 2017-3 Shipping Company Limited; Petro Craft 2017-4 Shipping Company Limited; Petro Craft 2017-5 Shipping Company Limited; Petro Craft 2017-7 Shipping Company Limited; Petro Craft 2017-8 Shipping Company Limited; Petro Combi 6030-01 Shipping Company Limited; Petro Combi 6030-02 Shipping Company Limited; Petro Combi 6030-03 Shipping Company Limited; Petro Combi 6030-04 Shipping Company Limited; Hermit Storm Shipping Company Limited; Hermit Viking Shipping Company Limited; Hermit Protector Shipping Company Limited; Hermit Guardian Shipping Company Limited; Hermit Thunder Shipping Company Limited; Delta PSV Norway AS; NAO Norway AS; Hermit Galaxy Shipping Company Limited; Hermit Horizon Shipping Company Limited; Hermit Power Shipping Company Limited; Hermit Prosper Shipping Company Limited; Hermit Fighter Shipping Company Limited; and PSV Adminco 2019 LLC (Last Four Digits of Federal Tax ID: 0794).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion or the First Day Declaration.

creditors of commencement of the Debtors' chapter 11 cases; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if applicable (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. In lieu of submitting a separate mailing matrix for each Debtor, the Debtors shall make available a single, consolidated Creditor Matrix of all of the Debtors' creditors in electronic form to any entity who so requests and in non-electronic form at such requesting entity's sole cost and expense.

3. The Debtors are authorized to file a consolidated list of the twenty (30) largest unsecured claims in these chapter 11 cases.

4. The Debtors are authorized to redact address information of individual creditors and interest holders listed on the Creditor Matrix and lists of Equity Holders; provided, however, that the Debtors shall provide an un-redacted version of the Creditor Matrix to the Bankruptcy Court, the United States Trustee, and any official committee of unsecured creditors appointed in these chapter 11 cases, if requested.

5. The Notice of Commencement of these chapter 11 cases, substantially in the form attached to this Order as **Exhibit 1**, is hereby approved, and Prime Clerk, as the Debtors' proposed claims and noticing agent, shall promptly provide such notice in addition to all other mailings directed by the Bankruptcy Court, the United States Trustee for Region 2, or as required by section 342(a) of the Bankruptcy Code and Bankruptcy Rules 2002(a) and (f).

6. The requirements set forth in Local Bankruptcy 9013-1(b) are satisfied by the contents of the Motion.

7. The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

SO ORDERED.

Dated: _____, 2020
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Notice of Commencement

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Hermitage Offshore Services Ltd.<br>Name | EIN | __ __ – __ __ __ __ __ __ __ |
| United States Bankruptcy Court for the: | Southern  District of NY (State) | [Date case filed for chapter 11 | 08/11/2020<br>MM / DD / YYYY  OR |
| Case number: | 20-11850 | [Date case filed in chapter _____ | _____<br>MM / DD / YYYY |
| | | Date case converted to chapter 11 | _____ ]<br>MM / DD / YYYY |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | See Schedule 1 for all Debtor names | |
| 2. | **All other names used in the last 8 years** | See Schedule 2 | |
| 3. | **Address** | | |
| 4. | **Debtor's attorney**<br>Name and address | Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Brian S. Rosen<br>Joshua A. Esses | Contact phone<br>Email | (212) 969-3000<br>_____ |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Hours open<br>Contact phone | _____<br>_____ |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | _____ at _____<br>Date                Time<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: | Not yet set. If a meeting is set, you will be sent another notice. |

**For more information, see page 2** ▶

Official Form 309F (For Corporations or Partnerships)    Notice of Chapter 11 Bankruptcy Case    page 1

Debtor _____   Case number *(if known)*_____
   Name

| | | |
|---|---|---|
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the you will be sent another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: | |
| | ▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*; | |
| | ▪ you file a proof of claim in a different amount; or | |
| | ▪ you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**    _____ | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

Official Form 309F (For Corporations or Partnerships)  Notice of Chapter 11 Bankruptcy Case        page **2**

## Schedule 1

| Debtor Names |
| --- |
| Hermitage Offshore Services Ltd. |
| PSV Adminco 2019 LLC |
| CB Holdco Limited |
| Blue Power Limited |
| Delta Cistern V Limited |
| Sierra Cistern V Limited |
| NAO Norway AS |
| Delta PSV Norway AS |
| Petro Craft 2017-1 Shipping Company Limited |
| Petro Craft 2017-2 Shipping Company Limited |
| Petro Craft 2017-3 Shipping Company Limited |
| Petro Craft 2017-4 Shipping Company Limited |
| Petro Craft 2017-5 Shipping Company Limited |
| Petro Craft 2017-7 Shipping Company Limited |
| Petro Craft 2017-8 Shipping Company Limited |
| Petro Combi 6030-01 Shipping Company Limited |
| Petro Combi 6030-02 Shipping Company Limited |
| Petro Combi 6030-03 Shipping Company Limited |
| Petro Combi 6030-04 Shipping Company Limited |
| Hermit Fighter Shipping Company Limited |
| Hermit Prosper Shipping Company Limited |
| Hermit Power Shipping Company Limited |

| |
|---|
| Hermit Thunder Shipping Company Limited |
| Hermit Guardian Shipping Company Limited |
| Hermit Protector Shipping Company Limited |
| Hermit Viking Shipping Company Limited |
| Hermit Storm Shipping Company Limited |
| Hermit Galaxy Shipping Company Limited |
| Hermit Horizon Shipping Company Limited |

## Schedule 2

| Names Used in Last 8 Years |
| --- |
| Nordic American Offshore Ltd. |
| Athomstart Invest 367 AS |
| Scorpio Baron Shipping Company Limited |
| Scorpio Brilliance Shipping Company Limited |
| Fighter Shipping Company Limited |
| Prosper Shipping Company Limited |
| Power Shipping Company Limited |
| Thunder Shipping Company Limited |
| Guardian Shipping Company Limited |
| Protector Shipping Company Limited |
| Viking Shipping Company Limited |
| Storm Shipping Company Limited |
| Galaxy Shipping Company Limited |
| Horizon Shipping Company Limited |